

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 4:16-CR-132-A |
| CHARLES BEN BOUNDS (01)<br>BILLY FRED GENTRY, JR. (05)<br>a/k/a "Fred Gentry"<br>KEVIN KYLE KILLOUGH (07)<br>a/k/a "Kilo"<br>ROGER WAYNE LANGSTON (08)<br>a/k/a "Big Country"<br>JAMES LAXSON (09)<br>a/k/a "Monster"<br>BILLY RAY SKAGGS (15)<br>DREW JUSTICE WINDSOR (18)<br>a/k/a "Justice Windsor"<br>MICHAEL CLAY HEASLET (24)<br>NICOLE CYNTHIA HERRERA (25)<br>a/k/a "Nikki Single"<br>TRAE SHORT (29)<br>a/k/a "Twig"<br>ADRIAN BLAIR WALLACE (31) | |

## GOVERNMENT'S WITNESS LIST

| Witness Name | Sworn/Testified<br>Subject Matter of Testimony |
|---|---|
| 1. Task Force Officer Cy Crum<br>Drug Enforcement Agency | _____/_____<br>Task Force Officer Crum is one of the Case Agents. He is a probable fact and expert witness. He may testify to his investigation of the defendants' activities during the offense alleged in the Indictment. He may also testify about narcotics distribution in general, including the interpretation of drug slang/code. |

| Witness Name | Sworn/Testified<br>Subject Matter of Testimony |
|---|---|
| 2. Special Agent Brian Finney<br>Drug Enforcement Agency | _____/_____<br>Special Agent Finney is one of the Case Agents. He is a probable fact and expert witness. He may testify to his investigation of the defendants' activities during the offense alleged in the Indictment. He may also testify about narcotics distribution in general, including the interpretation of drug slang/code |
| 3. Special Agent Mike McCurdy<br>Department Homeland Security | _____/_____<br>Special Agent McCurdy is one of the Case Agents. He is a probable fact and expert witness. He may testify to his investigation of the defendants' activities during the offense alleged in the Indictment. He may also testify about narcotics distribution in general, including the interpretation of drug slang/code |
| 4. Task Force Officer Steve Lair<br>Department Homeland Security | _____/_____<br>Task Force Officer Steve Lair is a probable expert witness. He may testify to his knowledge of the structure and practices of the of the Aryan Brotherhood of Texas, as well as the role of its members. |
| 5. Audra Bowden | _____/_____<br>Ms. Bowden is a probable fact witness. She may testify about prior drug transactions she conducted with defendants and her knowledge of the charged conspiracy. |
| 6. Tiffany Billingsley | _____/_____<br>Ms. Billingsley is a probable fact witness. She may testify about prior drug transactions she conducted with defendants and her knowledge of the charged conspiracy. |

**Government's Witness List – Page 2**

| Witness Name | Sworn/Testified Subject Matter of Testimony |
|---|---|
| 7. Tiffany Bradberry | _____/_____ Ms. Bradberry is a probable fact witness. She may testify about prior drug transactions she conducted with defendants and her knowledge of the charged conspiracy. |
| 8. Alisha Feeney | _____/_____ Ms. Feeney is a probable fact witness. She may testify about prior drug transactions she conducted with defendants and her knowledge of the charged conspiracy. |
| 9. Jessica Judge | _____/_____ Ms. Judge is a probable fact witness. She may testify about prior drug transactions she conducted with defendants and her knowledge of the charged conspiracy |
| 10. Sarah Kirkpatrick | _____/_____ Ms. Kirkpatrick is a probable fact witness. She may testify about prior drug transactions she conducted with defendants and her knowledge of the charged conspiracy. |
| 11. Amanda Means | _____/_____ Ms. Means is a probable fact witness. She may testify about prior drug transactions she conducted with defendants and her knowledge of the charged conspiracy. |
| 12. Royce Newton | _____/_____ Mr. Newton is a probable fact witness. He may testify about prior drug transactions he conducted with defendants and his knowledge of the charged conspiracy. |

| Witness Name | Sworn/Testified Subject Matter of Testimony |
|---|---|
| 13. Eric Overstreet | _____/_____ Mr. Overstreet is a probable fact witness. He may testify about prior drug transactions he conducted with defendants and his knowledge of the charged conspiracy. |
| 14. Leslie Payne | _____/_____ Ms. Payne is a probable fact witness. She may testify about prior drug transactions she conducted with defendants and her knowledge of the charged conspiracy. |
| 15. Gavin Seguin | _____/_____ Mr. Seguin is a probable fact witness. He may testify about prior drug transactions he conducted with defendants and his knowledge of the charged conspiracy. |
| 16. Chad Shulka | _____/_____ Mr. Shulka is a probable fact witness. He may testify about prior drug transactions he conducted with defendants and his knowledge of the charged conspiracy. |
| 17. Mandy Turner | _____/_____ Ms. Turner is a probable fact witness. She may testify about prior drug transactions she conducted with defendants and her knowledge of the charged conspiracy. |
| 18. Angela M. Cassady Drug Enforcement Administration | _____/_____ Ms. Cassady is a forensic chemist with the Drug Forensic Chemist Enforcement Agency. She is a probable expert witness who will testify as to tests she performed on exhibits seized in the case. |

| Witness Name | Sworn/Testified Subject Matter of Testimony |
|---|---|
| 19. Angel E. Ramirez<br>Supervisory Chemist<br>Drug Enforcement Administration | _____/_____<br>Ms. Ramirez is the supervisory chemist with the Drug Enforcement Agency. She is an expert witness who may testify about tests performed on exhibits seized in this case. |
| 20. Courtney Wassung<br>Forensic Chemist<br>Texas DPS Garland<br>Crime Laboratory | _____/_____<br>Wassung is a forensic chemist with Texas Department of Public Safety Garland Crime Laboratory. Wassung is a probable fact and expert witness who will testify as to tests she performed on exhibit(s) seized in the case. |
| 21. Officer S. Grigg<br>Farmers Branch Police Department | _____/_____<br>Officer Grigg is a Police Officer with the Farmers Branch Police Department. Offficer Grigg is a probable fact witness who will testify about his encounter with defendant Killough. |
| 22. Officer D. Rubin<br>Farmers Branch Police Department | _____/_____<br>Officer Rubin is a Police Officer with the Farmers Branch Police Department. Officer Rubin is a probable fact witness who will testify about his encounter with defendant Killough. |
| 23. Officer R. Nichols<br>Fort Worth Police Department | _____/_____<br>Officer Nichols is a Police Officer with the Fort Worth Police Department. Officer Nichols is a probable fact witness who will testify about his encounter with defendant Wallace. |
| 24. Officer Allen<br>Fort Worth Police Department | _____/_____<br>Officer Allen is a Police Officer with the Fort Worth Police Department. Officer Allen is a probable fact witness who will testify about his encounter with defendant Wallace. |

| Witness Name | Sworn/Testified<br>Subject Matter of Testimony |
|---|---|
| 25. Officer Novak<br>Fort Worth Police Department | _____/_____<br>Officer Novak is a Police Officer with the Fort Worth Police Department. Officer Novak is a probable fact witness who will testify about his encounter with defendant Wallace. |
| 26. Officer T. Stevens<br>Mansfield Police Department | _____/_____<br>Officer Stevens is a Police Officer with the Mansfield Police Department. Officer Stevens is a probable fact witness who will testify about his encounter with defendant Wallace. |
| 27. Officer D. Baas<br>Mansfield Police Department | _____/_____<br>Officer Baas is a Police Officer with the Mansfield Police Department. Officer Baas is a probable fact witness who will testify about his encounter with defendant Wallace. |
| 28. Officer Embry<br>Mansfield Police Department | _____/_____<br>Officer Embry is a Police Officer with the Mansfield Police Department. Officer Embry is a probable fact witness who will testify about his encounter with defendant Wallace. |
| 29. Officer DeWeese<br>Mansfield Police Department | _____/_____<br>Officer DeWeese is a Police Officer with the Mansfield Police Department. Officer DeWeese is a probable fact witness who will testify about his encounter with defendant Wallace. |
| 30. Officer R. Hudson<br>Mansfield Police Department | _____/_____<br>Officer Hudson is a Police Officer with the Mansfield Police Department. Officer Hudson is a probable fact witness who will testify about his encounter with defendant Wallace. |

| Witness Name | Sworn/Testified Subject Matter of Testimony |
|---|---|
| 31. Officer K. King<br>Arlington Police Department | _____/_____<br>Officer King is a Police Officer with the Arlington Police Department. Officer King is a probable fact witness who will testify about his encounter with defendant Laxson. |
| 32. Officer Hughes<br>Arlington Police Department | _____/_____<br>Officer Hughes is a Police Officer with the Arlington Police Department. Officer Hughes is a probable fact witness who will testify about his encounter with defendant Laxson. |
| 33. Officer Dockery<br>Arlington Police Department | _____/_____<br>Officer Dockery is a Police Officer with the Arlington Police Department. Officer Dockery is a probable fact witness who will testify about his encounter with defendant Laxson. |
| 34. Officer C. Hanks<br>Arlington Police Department | _____/_____<br>Officer Hanks is a Police Officer with the Arlington Police Department. Officer Hanks is a probable fact witness who will testify about his encounter with defendant Laxson. |
| 35. Sgt. Pina<br>Arlington Police Department | _____/_____<br>Sergeant Pina is a Police Officer with the Arlington Police Department. Sergeant Pina is a probable fact witness who will testify about his encounter with defendant Laxson. |
| 36. Officer J. Laster<br>Kennedale Police Department | _____/_____<br>Officer Laster is a Police Officer with the Arlington Police Department. Officer Laster is a probable fact witness who will testify about his encounter with defendant Laxson. |

| Witness Name | Sworn/Testified<br>Subject Matter of Testimony |
|---|---|
| 37. Officer J. Peterson<br>Kennedale Police Department | _____/_____<br>Officer Peterson is a Police Officer with the Kennedale Police Department. Officer Peterson is a probable fact witness who will testify about his encounter with defendant Laxson. |
| 38. Officer B. Guffey<br>Fort Worth Police Department | _____/_____<br>Officer Guffey is a Police Officer with the Fort Worth Police Department. Officer Guffey is a probable fact witness who will testify about his encounter with defendant Windsor. |
| 39. Officer D. Bruce<br>Fort Worth Police Department | _____/_____<br>Officer Bruce is a Police Officer with the Fort Worth Police Department. Officer Bruce is a probable fact witness who will testify about his encounter with defendant Windsor. |
| 40. Officer P. Bennett<br>Fort Worth Police Department | _____/_____<br>Officer Bennett is a Police Officer with the Kennedale Police Department. Officer Bennett is a probable fact witness who will testify about his encounter with defendant Langston. |
| 41. Officer K. Johnson<br>Arlington Police Department | _____/_____<br>Officer Johnson is a Police Officer with the Arlington Police Department. Officer Johnson is a probable fact witness who will testify about his encounter with defendant Langston. |
| 42. Officer Mayorga<br>Arlington Police Department | _____/_____<br>Officer Mayorga is a Police Officer with the Arlington Police Department. Officer Mayorga is a probable fact witness who will testify about his encounter with defendant Langston. |

| Witness Name | Sworn/Testified<br>Subject Matter of Testimony |
|---|---|
| 43. Officer Ritchie<br>Arlington Police Department | ____/____<br>Officer Ritchie is a Police Officer with the Arlington Police Department. Officer Ritchie is a probable fact witness who will testify about his encounter with defendant Langston. |
| 44. Officer S. Warren<br>Fort Worth Police Department | ____/____<br>Officer Warren is a Police Officer with the Fort Worth Police Department. Officer Warren is a probable fact witness who will testify about his encounter with defendant Heaslet. |
| 45. Officer T. Rawdon<br>Fort Worth Police Department | ____/____<br>Officer Rawdon is a Police Officer with the Fort Worth Police Department. Officer Rawdon is a probable fact witness who will testify about his encounter with defendant Heaslet. |
| 46. Officer Ladd<br>Fort Worth Police Department | ____/____<br>Officer Ladd is a Police Officer with the Fort Worth Police Department. Officer Ladd is a probable fact witness who will testify about his encounter with defendant Heaslet. |
| 47. Officer Nichols<br>Fort Worth Police Department | ____/____<br>Officer Nichols is a Police Officer with the Fort Worth Police Department. Officer Nichols is a probable fact witness who will testify about his encounter with defendant Heaslet. |
| 48. Officer Carman<br>Fort Worth Police Department | ____/____<br>Officer Carman is a Police Officer with the Fort Worth Police Department. Officer Carman is a probable fact witness who will testify about his encounter with defendant Heaslet. |

| Witness Name | Sworn/Testified<br>Subject Matter of Testimony |
|---|---|
| 49. Special Agent Dendy<br>DPS | _____/_____<br>Special Agent Dendy is a Special Agent with the Texas Department of Public Safety. Special Agent Dendy is a probable fact witness who will testify about his encounter with defendant Herrera. |
| 50. Special Agent Wilson<br>DPS | _____/_____<br>Special Agent Wilson is a Special Agent with the Texas Department of Public Safety. Special Agent Wilson is a probable fact witness who will testify about his encounter with defendant Herrera. |
| 51. Special Agent Lucio<br>DPS | _____/_____<br>Special Agent Lucio is a Special Agent with the Texas Department of Public Safety. Special Agent Lucio is a probable fact witness who will testify about his encounter with defendant Herrera. |
| 52. Officer J. Darst<br>Dallas Police Department | _____/_____<br>Officer Darst is a Police Officer with the Dallas Police Department. Officer Darst is a probable fact witness who will testify about his encounter with defendant Herrera. |
| 53. Officer Emerson<br>Dallas Police Department | _____/_____<br>Officer Emerson is a Police Officer with the Dallas Police Department. Officer Emerson is a probable fact witness who will testify about his encounter with defendant Herrera. |

| Witness Name | Sworn/Testified<br>Subject Matter of Testimony |
|---|---|
| 54. Officer J. Hopson<br>Fort Worth Police Department | _____/_____<br>Officer Hopson is a Police Officer with the Fort Worth Police Department. Officer Hopson is a probable fact witness who will testify about his encounter with defendant Herrera. |
| 55. Officer J. Bohlin<br>Fort Worth Police Department | _____/_____<br>Officer Bohlin is a Police Officer with the Fort Worth Police Department. Officer Bohlin is a probable fact witness who will testify about his encounter with defendant Herrera. |

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above Government's Witness List was this day served upon counsel for each defendant, in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATED this 8th day of August, 2016.

_____
SHAWN SMITH
Assistant United States Attorney