

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | No. 4:16-CR-132-A(07) |
| KEVIN KYLE KILLOUGH | § | |

## DEFENDANT KEVIN KILLOUGH'S EXHIBIT LIST

TO THE HONORABLE U.S DISTRICT JUDGE JOHN MCBRYDE:

| NO. | EXHIBIT DESCRIPTION | OFFERED/ADMITTED |
|---|---|---|
| 1. | Tarrant County Letter of Incarceration | _____/_____ |
| 2. | Dallas County Letter of Incarceration | _____/_____ |
| 3. | May 25, 2014 letter from Alisha Feeney | _____/_____ |
| 4. | July 07, 2016 letter from Alisha Feeney | _____/_____ |

Respectfully submitted,

Derek D. Brown

Law Office of Derek Brown
209 W. 2nd Street, #197
Fort Worth, Texas 76102
(817) 992-5282
(817) 768-6405 fax
State Bar of Texas 24003268

## CERTIFICATE OF SERVICE

I certify that on August ___, 2016, I a copy of the foregoing was hand delivered to the Assistant U.S. Attorney via email.

_____
Derek D. Brown