ORIGINAL

2016 AUG 17 PM 3: 37

CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

CHARLES BEN BOUNDS (01)
BILLY FRED GENTRY, JR. (05)
a/k/a "Fred Gentry"
KEVIN KYLE KILLOUGH (07)
a/k/a "Kilo"
JAMES LAXSON (09)
a/k/a "Monster"
BILLY RAY SKAGGS (15)
DREW JUSTICE WINDSOR (18)
a/k/a "Justice Windsor"
MICHAEL CLAY HEASLET (24)
NICOLE CYNTHIA HERRERA (25)
a/k/a "Nikki Single"
TRAE SHORT (29)
a/k/a "Twig"

Case No. 4:16-CR-132-A

## GOVERNMENT'S SECOND AMENDED EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | Self-Authenticating | Killough Judgments | _____ | _____ | _____ |
| 2. | Self-Authenticating | Langston Judgments | _____ | _____ | _____ |
| 3. | Self-Authenticating | Laxson Judgments | _____ | _____ | _____ |
| 4. | Case Agent | Payne Text Messages with Bounds (Payne LG ) | _____ | _____ | _____ |
| 5. | Self-Authenticating | Windsor Judgments | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 6. | Self-Authenticating | Heaslet Judgments | | | |
| 7. | Self-Authenticating | Herrera Judgments | | | |
| 8. | Self-Authenticating | Short Judgments | | | |
| 9. | Billingsley | Plea Paperwork | | | |
| 10. | Billingsley | Proffer Conditions | | | |
| 11. | Billingsley | Certified Judgment | | | |
| 12. | Bowden | Plea Paperwork | | | |
| 13. | Bowden | Proffer Conditions | | | |
| 14. | Bowden | Certified Judgment | | | |
| 15. | Bradberry | Plea Paperwork | | | |
| 16. | Bradberry | Proffer Conditions | | | |
| 17. | Bradberry | Certified Judgment | | | |
| 18. | Feeney | Plea Paperwork | | | |
| 19. | Feeney | Proffer Conditions | | | |
| 20. | Feeney | Certified Judgment | | | |
| 21. | Judge | Plea Paperwork | | | |
| 22. | Judge | Proffer Conditions | | | |
| 23. | Judge | Certified Judgment | | | |
| 24. | Kirkpatrick | Plea Paperwork | | | |
| 25. | Kirkpatrick | Proffer Conditions | | | |
| 26. | Means | Plea Paperwork | | | |

**Government's Second Amended Exhibit List - Page 2**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 27. | Means | Proffer Conditions | _____ | _____ | _____ |
| 28. | Means | Certified Judgment | _____ | _____ | _____ |
| 29. | Newton | Plea Paperwork | _____ | _____ | _____ |
| 30. | Newton | Proffer Conditions | _____ | _____ | _____ |
| 31. | Newton | Certified Judgment | _____ | _____ | _____ |
| 32. | Overstreet | Plea Paperwork | _____ | _____ | _____ |
| 33. | Overstreet | Proffer Conditions | _____ | _____ | _____ |
| 34. | Overstreet | Certified Judgment | _____ | _____ | _____ |
| 35. | Payne | Plea Paperwork | _____ | _____ | _____ |
| 36. | Payne | Proffer Conditions | _____ | _____ | _____ |
| 37. | Seguin | Plea Paperwork | _____ | _____ | _____ |
| 38. | Seguin | Proffer Conditions | _____ | _____ | _____ |
| 39. | Seguin | Certified judgment | _____ | _____ | _____ |
| 40. | Shulka | Plea Paperwork | _____ | _____ | _____ |
| 41. | Shulka | Proffer Conditions | _____ | _____ | _____ |
| 42. | Turner | Plea Paperwork | _____ | _____ | _____ |
| 43. | Turner | Proffer Conditions | _____ | _____ | _____ |
| 44. | Case Agent | Bounds Text Messages (Prendez Samsung G386T1) | _____ | _____ | _____ |
| 45. | Case Agent | Bounds Text Messages (Garrett Samsung T599N) | _____ | _____ | _____ |
| 46. | Farmers Branch Police Officer | Farmers Branch Police Report (Killough) | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 47. | Case Agent | Killough Text Messages (Samsung SCH-R530M) | | | |
| 48. | Case Agent | Killough Text Messages (Turner Samsung SM-G386T) | | | |
| 49. | Case Agent | Killough Text Messages (Byars Apple Iphone) | | | |
| 50. | Case Agent | Killough Text Messages (Zimmerman Red LG) | | | |
| 51. | Case Agent | Killough Text Messages (Weiler LGE980) | | | |
| 52. | Case Agent | Killough Text Messages (McMahon LG MS769) | | | |
| 53. | Case Agent | Killough Text Messages (Brown LG MS345) | | | |
| 54. | Case Agent | Killough Photograph (Feeney Phone Info) | | | |
| 55. | Case Agent | Killough Photograph (Screen Shot) | | | |
| 56. | Case Agent | Killough Photograph (Screen Shot) | | | |
| 57. | Case Agent | Killough Photograph (Hotel Receipt) | | | |
| 58. | Case Agent | Killough Photograph (Killough Gun) | | | |
| 59. | Case Agent | Killough Photograph (Killough Gun) | | | |
| 60. | Case Agent | Killough Photograph (Killough Gun) | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 61. | Case Agent | Killough Photograph (Feeney) | | | |
| 62. | Case Agent | Killough Photograph (Rifle, Pistol, Ammunition) | | | |
| 63. | Case Agent | Killough Photograph (Rifle and Pistol) | | | |
| 64. | Case Agent | Killough Photograph (Rifle and Pistol) | | | |
| 65. | Case Agent | Killough Letter | | | |
| 66. | Fort Worth Police Officer | Fort Worth Police Report (# 150025347 Langston) | | | |
| 67. | Arlington Police Officer | Arlington Police Report (#160006819 Langston) | | | |
| 68. | Case Agent | DEA Drug Exhibit 44 (Langston Arrest) | | | |
| 69. | DEA Chemist | Lab Results (DEA Exhibit 44) | | | |
| 70. | Case Agent | DEA Drug Exhibit 45 (Langston Arrest) | | | |
| 71. | DEA Chemist | Lab Results (DEA Exhibit 45) | | | |
| 72. | Case Agent | Transcripts of Audio Recordings (Langston) | | | |
| 73. | Case Agent | Langston Text Messages (Langston LG MS631) | | | |
| 74. | Arlington Police Officer | Arlington Police Report (# 130017362 Laxson) | | | |

**Government's Second Amended Exhibit List - Page 5**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 75. | Arlington Police Officer | Arlington Police Report (# 130039236 Laxson) | _____ | _____ | _____ |
| 76. | Kennedale Police Officer | Kennedale Police Report (# 15-00000193 Laxson) | _____ | _____ | _____ |
| 77. | Kennedale Police Officer | Laxson Photograph (#15-00000193) | _____ | _____ | _____ |
| 78. | Kennedale Police Officer | Laxson Photograph (#15-00000193) | _____ | _____ | _____ |
| 79. | Case Agent | DEA 6 (Post Arrest of Skaggs) | _____ | _____ | _____ |
| 80. | Case Agent | Skaggs Text Messages (LG LS770) | _____ | _____ | _____ |
| 81. | Case Agent | Skaggs Facebook Notification (Blackwood Cell Phone) | _____ | _____ | _____ |
| 82. | Case Agent | Skaggs Photograph (Skaggs) | _____ | _____ | _____ |
| 83. | Case Agent | Skaggs Photograph (Skaggs Methamphetamine) | _____ | _____ | _____ |
| 84. | Case Agent | Skaggs Photograph (Skaggs Methamphetamine) | _____ | _____ | _____ |
| 85. | Case Agent | Skaggs Photograph (Skaggs Methamphetamine) | _____ | _____ | _____ |
| 86. | Case Agent | Skaggs Photograph (Skaggs Methamphetamine) | _____ | _____ | _____ |
| 87. | Case Agent | Skaggs Photograph (Skaggs Methamphetamine) | _____ | _____ | _____ |
| 88. | Case Agent | Skaggs Photograph (Skaggs Methamphetamine) | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 89. | Case Agent | Skaggs Photograph (Skaggs Methamphetamine) | | | |
| 90. | Case Agent | Transcripts of Audio Recordings (Skaggs) | | | |
| 91. | Fort Worth Police Officer | Fort Worth Police Report (# 110008582 Windsor) | | | |
| 92. | Case Agent | Transcripts of Audio Recordings (Windsor) | | | |
| 93. | Special Agent DPS | DPS Arrest Report (X1D3140002.55 Herrera) | | | |
| 94. | Special Agent DPS | 404.55 gg Methamphetamine | | | |
| 95. | DPS Chemist | Lab Results (Lab #GAR-1410-11812) | | | |
| 96. | Special Agent DPS | Federal Search Warrant (3:14-MJ-730) | | | |
| 97. | Dallas Police Officer | Intelligence Submission (Herrera) | | | |
| 98. | Special Agent DPS | Herrera Photograph (Bag of Methamphetamine) | | | |
| 99. | Special Agent DPS | Herrera Photograph (Pistol and Money) | | | |
| 100. | Fort Worth Police Officer | Fort Worth Police Report (# 150041295 Herrera) | | | |
| 101. | Case Agent | Herrera Text Messages (Alcaltel One Touch 5020N) | | | |

**Government's Second Amended Exhibit List - Page 7**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 102. | Case Agent | Herrera Text Messages (Alcaltel One Touch 5054N) | | | |
| 103. | Case Agent | Transcripts of Audio Recordings (Herrera) | | | |
| 104. | Case Agent | Herrera Photograph (Herrera Money) | | | |
| 105. | Case Agent | Herrera Photograph (Herrera Methamphetamine) | | | |
| 106. | Case Agent | Herrera Photograph (Herrera Pistol on table) | | | |
| 107. | Case Agent | Herrera Photograph (Herrera Pistol on table) | | | |
| 108. | Case Agent | Herrera Photograph (Herrera Stacks of money) | | | |
| 109. | Case Agent | Herrera Photograph (Herrera Pill bottle) | | | |
| 110. | Case Agent | Herrera Photograph (Herrera Pills in hand) | | | |
| 111. | Case Agent | Herrera Photograph (Herrera Money in lap) | | | |
| 112. | Case Agent | Herrera Photograph (Herrera Pills and Meth) | | | |
| 113. | Case Agent | Herrera Photograph (Herrera Pills and Meth) | | | |
| 114. | Case Agent | Herrera Photograph (Herrera Pills and Meth) | | | |
| 115. | Case Agent | Herrera Photograph (Herrera $100 bills) | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 116. | Case Agent | Herrera Photograph (Herrera Rifle) | | | |
| 117. | Fort Worth Police Officer | Fort Worth Police Report (# 160002071) | | | |
| 118. | Case Agent | DEA Drug Exhibit 48 (Heaslet Arrest) | | | |
| 119. | DEA Chemist | Lab Results (DEA Exhibit 48) | | | |
| 120. | Case Agent | DEA Drug Exhibit 49 (Heaslet Arrest) | | | |
| 121 | DEA Chemist | Lab Results (DEA Exhibit 49) | | | |
| 122. | Case Agent | Heaslet Text Messages (Heaslet LGE VS415PP) | | | |
| 123. | Case Agent | Heaslet Text Messages (Overstreet Samsung N910P) | | | |
| 124. | Case Agent | Heaslet Text Messages (Hatley Samsung G900A) | | | |
| 125. | Case Agent | Transcripts of Audio Recording (Heaslet) | | | |
| 126. | Case Agent | Heaslet/Short Email | | | |
| 127. | Case Agent | Heaslet Photograph (Lake) | | | |
| 128. | Case Agent | Heaslet Photograph (Lake) | | | |
| 129. | Case Agent | Short Text Messages (Faulk Apple Iphone) | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 130. | Case Agent | Transcripts of Audio Recordings (Short) | _____ | _____ | _____ |
| 131. | Case Agent | Short Photograph (Short with Pistol) | _____ | _____ | _____ |
| 132. | Case Agent | Short Photograph (AB Sign) | _____ | _____ | _____ |
| 133. | Case Agent | Short Photograph (Cropp Note) | _____ | _____ | _____ |
| 134. | Case Agent | Short Photograph (Cropp State Paperwork) | _____ | _____ | _____ |
| 135. | Case Agent | Short Photograph (Cropp and Hatley) | _____ | _____ | _____ |
| 136. | Mansfield Police Officer | Mansfield Police Report (#15020801 Wallace) | _____ | _____ | _____ |
| 137. | Mansfield Police Officer | Mansfield Police Report (#14101511 Wallace) | _____ | _____ | _____ |
| 138. | Fort Worth Police Officer | Fort Worth Police Report (#140091424 Wallace) | _____ | _____ | _____ |
| 139. | Case Agent | Wallace Text Messages (Garrett Samsung T599N) | _____ | _____ | _____ |
| 140. | Case Agent | Wallace Text Messages (Rutledge Motorola XT1058) | _____ | _____ | _____ |
| 141. | Case Agent | Wallace Photograph (Screen Shot) | _____ | _____ | _____ |
| 142. | Case Agent | Wallace Photograph (Screen Shot) | _____ | _____ | _____ |
| 143. | Case Agent | Wallace Photograph (Screen Shot) | _____ | _____ | _____ |

**Government's Second Amended Exhibit List - Page 10**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 144. | Case Agent | Wallace Photograph (Screen Shot) | _____ | _____ | _____ |
| 145. | Case Agent | Shulka Photographs | _____ | _____ | _____ |
| 146. | Case Agent | Shulka Photographs | _____ | _____ | _____ |
| 147. | Case Agent | Shulka Photographs | _____ | _____ | _____ |
| 148. | Case Agent | Nichols Photographs | _____ | _____ | _____ |
| 149. | Case Agent | Zimmerman Photograph | _____ | _____ | _____ |
| 150. | Case Agent | Wallace Photograph | _____ | _____ | _____ |
| 151. | Case Agent | Heaslet Photograph | _____ | _____ | _____ |
| 152. | Case Agent | ABT Photograph | _____ | _____ | _____ |
| 153. | Case Agent | Rutledge Photograph | _____ | _____ | _____ |
| 154. | Case Agent | ABT Photograph | _____ | _____ | _____ |
| 155 | Holliday | Proffer Conditions | _____ | _____ | _____ |
| 156. | Payne | Face Book Messages (Payne and Bounds) | _____ | _____ | _____ |
| 157. | Kennedale Police Officer | Methamphetamine (Laxson Arrest) | _____ | _____ | _____ |
| 158. | DEA Chemist | Lab Result (DEA Exhibit) | _____ | _____ | _____ |
| 159. | Case Agent | Text Messages (Simpson and Morales) | _____ | _____ | _____ |

**[Remainder of page intentionally left blank]**

**Government's Second Amended Exhibit List - Page 11**

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY


SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone:  817-252-5200
Facsimile:  817-252-5455


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above Government's Second Amended Exhibit List was this day served upon counsel for each defendant, in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.


SHAWN SMITH
Assistant United States Attorney