IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP - 1 2016

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:16-CR-132-A |
| | § | |
| CHARLES BEN BOUNDS, ET AL. | § | |

MEMBERS OF THE JURY:

I have your note, which is worded as follows:

(1)   MAY WE WRITE ON THE WORKING VERDICT FORM WHILE
DELIBERATING.

(2   IS IT POSSIBLE TO GET PICTURES OF THE PROSECUTION
WITNESSES FOR IDENTITY PURPOSES.

In answer to your first question, you may write on the working
verdict form while deliberating.

In answer to your second question, unfortunately we do not
have pictures of the prosecution witnesses that you can use for
identity purposes.

I am returning herewith the original of the note to which this
responds.  You are to retain to be delivered to the court at the
conclusion of your deliberations all of your communications to the
court and all of the court's communications to you, including, of

course, this communication to you and the note from you to which this communication responds.

SIGNED September 1, 2016.

JOHN McBRYDE
United States District Judge

① MAY WE WRITE ON THE WORKING VERDICT FORM WHILE DELIBERATING

② IS IT POSSIBLE TO GET PICTURES OF THE PROSECUTION WITNESSES FOR IDENTITY PURPOSES

9-1-2016

Received
2:15 PM, 9/1/16
Case No. 4:16-CR-132