U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 1 2016
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:16-CR-132-A |
| | § | |
| CHARLES BEN BOUNDS, ET AL. | § | |

MEMBERS OF THE JURY:

I have your note, which is worded as follows:

CAN WE GET THE WITNESS LIST FROM THE PROSECUTION WITNESSES BY NAME AND CALENDAR DATE OF THEIR TESTIMONY?

█████████
9-1-2016

In answer to your note, I am providing below a list of prosecution witnesses, listed in the sequence in which they testified, and providing as to each the date on which his or her testimony was given or commenced:

| Name: | Date Testimony Given or Commenced: |
|---|---|
| TFO Steve Lair | August 29, 2016 |
| Gavin Seguin | August 29, 2016 |
| Tiffany Bradberry | August 29, 2016 |
| Amanda Means | August 29, 2016 |
| Jessica Judge | August 29, 2016 |
| Leslie Holliday | August 30, 2016 |
| Alisha Feeney | August 30, 2016 |

| | |
|---|---|
| Officer James Peterson (Kennedale) | August 30, 2016 |
| Angela Cassady (Chemist) | August 30, 2016 |
| Leslie Payne | August 30, 2016 |
| Sarah Kirkpatrick | August 30, 2016 |
| DPS Agent Travis Dendy | August 30, 2016 |
| Meagan Richey (Chemist) | August 30, 2016 |
| Mandy Turner | August 30, 2016 |
| Officer Tyler Rawdon (FWPD) | August 30, 2016 |
| Royce Newton | August 31, 2016 |
| HSI Agent Mike McCurdy | August 31, 2016 |
| DEA Agent Brian Finney | August 31, 2016 |
| TFO Cy Crum | August 31, 2016 |

I am returning herewith the original of the note to which this responds. You are to retain to be delivered to the court at the conclusion of your deliberations all of your communications to the court and all of the court's communications to you, including, of course, this communication to you and the note from you to which this communication responds.

SIGNED September 1, 2016.

JOHN McBRYDE
United States District Judge

2

CAN WE GET THE WITNESS LIST FROM THE PROSECUTION WITNESSES BY NAME AND CALENDAR DATE OF THEIR TESTIMONY?

9-1-2016

Received
2:38 PM
9/1/16
4:16 CR132A