```
                    IN THE UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF TEXAS
                             FORT WORTH DIVISION
```

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 1 2016
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | NO. 4:16-CR-132-A |
| § | |
| CHARLES BEN BOUNDS, ET AL. § | |

MEMBERS OF THE JURY:

I have your note, which is worded as follows:

CAN WE GET THE TRANSCRIPTS OF GAVIN SEGUIN AND ROYCE NEWTON?

███████

9-1-2016

In answer to your question, please be advised that there is no transcript prepared of the testimony of Gavin Seguin and Royce Newton. The court reporter would have to prepare a draft of the transcript, the court and the attorneys would have to review the draft, the court reporter would then have to put the draft in final form (bearing in mind any changes directed by the court), and then the court reporter would have to read the transcript to you. If there is testimony you want to hear from Gavin Seguin and Royce Newton on a particular subject, please designate by written message to me the subject of the testimony from that witness you want to hear. Be as specific as possible, bearing in mind the difficulty the court reporter has in searching through her notes to locate

testimony on particular subjects. Once I have received your written message, assuming that you do want to hear testimony read, I will determine whether it would be appropriate for the court reporter to try to locate the testimony you have in mind. If the decision is to do so, after the court reporter has located the testimony, and it is in acceptable form, I will either provide the testimony to you in written form or will call you into the courtroom so that the court reporter, in the presence of all parties, can read the testimony to you.

I am returning herewith the original of the note to which this responds. You are to retain to be delivered to the court at the conclusion of your deliberations all of your communications to the court and all of the court's communications to you, including, of course, this communication to you and the note from you to which this communication responds.

SIGNED September 1, 2016.

JOHN McBRYDE
United States District Judge

CAN WE GET THE TRANSCRIPTS OF GAVIN SEGUIN AND ROYCE NEWTON?

4-1-2016

Recieved 3:45PM
9/1/16
Case No. 4:16CR32A