IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 1 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | NO. 4:16-CR-132-A |
| | § | |
| CHARLES BEN BOUNDS, ET AL. | § | |

MEMBERS OF THE JURY:

I have your note, which is worded as follows:

CAN WE GET THE LIST OF THE 5 COMPONENTS THAT CONSTITUTE CONSPIRACY TO DISTRIBUTE?



9-1-2016

In answer to your question, you are reminded of the following instructions I gave you:

> For you to find a defendant guilty of this crime, you must be convinced that the government has proved each of the following beyond a reasonable doubt as to that defendant:
>
> *First*: That two or more persons, directly or indirectly, reached an agreement to possess methamphetamine with the intent to distribute it;
>
> *Second*: That the defendant under consideration knew of the unlawful purpose of the agreement;
>
> *Third*: That the defendant under consideration joined in the agreement willfully, that is, with the intent to further its unlawful purpose;
>
> *Fourth*: That the overall scope of the conspiracy involved at least 50 grams or more of a mixture and

substance containing a detectable amount of methamphetamine; and

*Fifth*:   That the defendant under consideration knew or reasonably should have known that the scope of the conspiracy involved at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine.

Of course, you will bear in mind in your deliberations all other instructions the court has given you concerning the law applicable to this case.

I am returning herewith the original of the note to which this responds.  You are to retain to be delivered to the court at the conclusion of your deliberations all of your communications to the court and all of the court's communications to you, including, of course, this communication to you and the note from you to which this communication responds.

SIGNED September 1, 2016.

_____
JOHN McBRYDE
United States District Judge

CAN WE GET THE LIST OF THE 5 COMPONENTS THAT CONSTITUTE CONSPIRACY TO DISTRIBUTE?

9-1-2016

Received 4:12 PM

9/1/16

4:16 CR 132-A

[signature]