IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:16-CR-132-A |
| | § | |
| CHARLES BEN BOUNDS, ET AL. | § | |

MEMBERS OF THE JURY:

I have your note, which is worded as follows:

DO BOTH THE WORKING VERDICT AND OFFICIAL VERDICT HAVE TO BE SIGNED AND DATED?

9-1-2016

In answer to your question, the working verdict form was simply something for the jury to make notes on during your deliberations. The only form the foreperson has to sign is the one that the question refers to as the "official verdict."

I am returning herewith the original of the note to which this responds. You are to retain to be delivered to the court at the conclusion of your deliberations all of your communications to the court and all of the court's communications to you, including, of course, this communication to you and the note from you to which this communication responds.

SIGNED September 1, 2016.

JOHN McBRYDE
United States District Judge

DO BOTH THE WORKING VERDICT AND OFFICIAL VERDICT HAVE TO BE SIGNED AND DATED?

9-1-2016
4:55 PM,
Sept 1, 2016
4:16 CR 132 A

[signature]