WE WITHDRAW OUR REQUEST FOR TRANSCRIPTS FOR GAVIN SEGUIN AND ROYCE NEWTON

9-1-2016

Recieved 4:06PM
Sept 1, 2016
4:16 CR132A

[signature]