U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP - 1 2016

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:16-CR-132-A |
| | § | |
| CHARLES BEN BOUNDS, ET AL. | § | |

### VERDICT OF THE JURY

1.

We, the jury, find the defendant, **CHARLES BEN BOUNDS**, _Guilty_ as to Count One of the Third Superseding Indictment.

2.

We, the jury, find the defendant, **BILLY FRED GENTRY**, _Guilty_ as to Count One of the Third Superseding Indictment.

3.

We, the jury, find the defendant, **KEVIN KYLE KILLOUGH**, _Guilty_ as to Count One of the Third Superseding Indictment.

4.

We, the jury, find the defendant, **JAMES LAXSON**, _Not Guilty_ as to Count One of the Third Superseding Indictment.

5.

We, the jury, find the defendant, **BILLY RAY SKAGGS**, __Guilty__ as to Count One of the Third Superseding Indictment.

6.

We, the jury, find the defendant, **MICHAEL CLAY HEASLET**, __Guilty__ as to Count One of the Third Superseding Indictment.

7.

We, the jury, find the defendant, **NICOLE CYNTHIA HERRERA**, __Guilty__ as to Count One of the Third Superseding Indictment.

8.

We, the jury, find the defendant, **TRAE SHORT**, __Guilty__ as to Count One of the Third Superseding Indictment.

September 1ST, 2016

X_____
Foreperson

ACCEPTED:

September 1ST, 2016

_____
JOHN McBRYDE
United States District Judge

2

For the information of the jury, Count One of the Third Superseding Indictment reads as follows:

<u>Count One</u>

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before January 2014, and continuing until in or around April 2016, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Charles Ben Bounds**, also known as Pretty Boy, **Billy Fred Gentry,** also known as Fred Gentry, **Kevin Kyle Killough**, also known as Kilo, **Roger Wayne Langston**, also known as Big Country, **James Laxson**, also known as Monster, **Billy Ray Skaggs**, **Drew Justice Windsor**, also known as Justice Windsor, **Michael Clay Heaslet**, also known as Whisper, **Nicole Cynthia Herrera**, also known as Nikki Single**, Trae Short**, also known as Twig, and **Adrian Blair Wallace**, also known as Wallace, along with Alisha Feeney, Matthew Rutledge, also known as Country, Gavin Seguin, also known as Wood, Shanda Hawkins, Shawn Douglas Cropp, also known as Buck, Audra Bowden, Sarah Kirkpatrick, Tonya Blackwood, and Royce Newton, also known as Dirty, not named as defendants herein, and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).