# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __Texas__

UNITED STATES OF AMERICA

V.

KEVIN KYLE KILLOUGH

**EXHIBIT AND WITNESS LIST**

Case Number: 4:16-CR-132-A(07)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| John McBryde | Shawn Smith - AUSA | Derek D. Brown |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Sentencing Hearing 02/09/2017 | Debbie Saenz | Fleather Arnold |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 7 | 2/9/2017 | Yes | Yes | Deft Exh. 1 - Admitted |
|  | 7 | 2/9/2017 |  | Yes | Govt and Deft's witness Cy Crum - testified. |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 9 2017
By

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages