

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | 4:16-CR-132-A (07) |
| KEVIN KYLE KILLOUGH | § | |

### NOTICE OF APPEAL

Notice is hereby given that defendant Kevin K. Killough appeals to the United States Court of Appeals for the Fifth Circuit from the judgment and sentence in this matter filed and entered February 9, 2017.

SIGNED February 17, 2017.

Respectfully submitted,

_Derek D. Brown_
Derek D. Brown
State Bar of Texas 24003268

Law Office of Derek Brown
209 W. 2nd St., #197
Fort Worth, TX 76102
817-992-5282
817-768-6405 fax

### Certificate of Service

I certify that on February 17, 2017, I served this Notice of Appeal by hand-delivery to the Office of the U.S. Attorney, 801 Cherry Street, Suite 1700, Fort Worth, Texas 76102.

_Derek D. Brown_
Derek D. Brown